Mark L. Javitch (CA SBN 323729)*
Javitch Law Office
480 S. Ellsworth Ave
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREW BOEHM, an individual, | Case No. 8:20-cv-00498-RFR-SMB |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| SUNDANCE PAYMENT SOLUTIONS, a Utah business entity, REMNANT FINANCIAL SERVICES, INC., a Texas business entity, | |
| Defendants. | |

NOW COMES PLAINTIFF ANDREW BOEHM, in his individual capacity, by and through his attorney, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice that he is voluntarily dismissing this action, with prejudice, with each party bearing its own costs and attorney's fees. Plaintiff filed his complaint on November 30, 2020. (Filing No. 1). Neither Defendants SUNDANCE PAYMENT SOLUTIONS nor REMNANT FINANCIAL SERVICES, INC. have served an answer or summary judgment motion.

Respectfully submitted,

Dated: January 11, 2021      By:  /s/ Mark L. Javitch                        .

Mark L. Javitch (CA SBN 323729)*

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Javitch Law Office
480 S. Ellsworth Ave
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*

*Admitted Pro Hac Vice*